UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-3003-DMG (AGRx) | Date | September 22, 2020 |
| Title | *Ronnie Shahar v. U.S. Department of the Treasury, et al.* | Page | 1 of 2 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION [26]**

On March 31, 2020, Plaintiff filed a Complaint against the U.S. Department of the Treasury; U.S. Mint; U.S. Department of Homeland Security; U.S. Customs and Border Protection; Treasury Secretary Steven Mnuchin; Patrick Hernandez, Deputy Director of the U.S. Mint; Chad F. Wolf, Acting Secretary of the Department of Homeland Security; Mark A. Morgan, Commissioner of the U.S. Customs and Border Protection; and the United States of America, for actions relating to the alleged unlawful seizure and detention of approximately $133,000 worth of coins shipped on Plaintiff's behalf from China to the Port of Long Beach. [Doc. # 1.]

Between May 18 and June 15, 2020, Plaintiff filed proofs of service of the Summons and Complaint as to Defendants Hernandez; Wolf; U.S. Department of Homeland Security; U.S. Mint; U.S. Customs and Border Protection; and the United States. [Doc. ## 17-23.]

On June 19, 2020, Plaintiff filed an *ex parte* application seeking additional time to complete service on Defendants Mnuchin, Morgan, and the U.S. Department of the Treasury ("Outstanding Defendants"). [Doc. # 24.] On June 30, 2020, the Court granted Plaintiff's application and gave Plaintiff until August 31, 2020 to complete service and file proofs of service with the Court. [Doc. # 26.]

To date, Plaintiff has not filed proofs of service as to the Outstanding Defendants. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **September 30, 2020** why the action should not be dismissed under Federal Rule of Civil Procedure 4(m) as to the Outstanding Defendants for lack of prosecution.

The Court further notes that none of the remaining Defendants, each of whom was apparently served based on "temporary service measures issued by each Defendant in response to the COVID-19 pandemic" [Doc. # 24-1 at ¶ 4], has appeared in this case. It is unclear from

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 20-3003-DMG (AGRx) | Date | September 22, 2020 |
|---|---|---|---|
| Title | *Ronnie Shahar v. U.S. Department of the Treasury, et al.* | Page | 2 of 2 |

the information provided whether service of the Summons and Complaint was properly made on those Defendants. Accordingly, Plaintiff is further **ORDERED TO SHOW CAUSE** by no later than **September 30, 2020** whether its "temporary service measures" complied with the service requirements on government agencies and officials in accordance with Federal Rule of Civil Procedure 4(i) and, if so, why these Defendants have not appeared.

Failure to file a timely and satisfactory response may result in the dismissal of this action in its entirety for lack of prosecution.

**IT IS SO ORDERED.**